# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

SANTA FANI ESPINOSA HERNANDEZ,

      Petitioner,

      v.

FERETI SEMAIA, et al.,

      Respondents.

No. 5:26-cv-03147-JDE

JUDGMENT

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. the Petition is granted, in part, on Count Three, with RESPONDENTS ORDERED to:

   a. provide **Petitioner Santa Fani Espinosa Hernandez (A# 098 214 679)** with informal interview within <u>five days of this Order</u> under 8 C.F.R. § 241.13(i)(3), affording her an opportunity to contest the revocation of her OSUP, at which Petitioner may be represented by counsel and shall be permitted to present evidence, with instructions that a written, reasoned decision be issued if release is not granted; and

      b.  if no such compliant informal interview is provided within five days, release Petitioner, subject to her prior OSUP conditions; and

2. the Petition is denied without prejudice in all other respects.

Dated: June 18, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

2